# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                      Case No. 6:08-cr-110-Orl-19DAB

**TONYA LYNN GAY**

_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on March 10, 2010, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed January 29, 2010 by Probation Officer Scott Fanelli.

In the Petition, Probation Officer Scott Fanelli alleges the Defendant was in violation of:

1. **Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** The defendant failed to submit her written monthly reports for the months of September 2009, October 2009, November 2009 and December 2009. These reports were due on October 5, 2009, November 5, 2009, December 5, 2009 and January 5, 2010, respectively.
2. **Failure to follow the instructions of the probation officer in a violation of Condition 3 of the Standard Conditions of Supervision:** On December 8, 2009, the defendant was instructed by Probation Officer Scott Fanelli to report to the United States Probation Office on December 17, 2009, at 1:00 P.M. The defendant failed to report as instructed.
3. **Failure to participate in Drug Aftercare Treatment in violation of the Special Condition:** On January 4, 2010, the defendant was unsuccessfully discharged from drug treatment based upon unsatisfactory participation with group counseling sessions and failure to provide urine samples for testing.
4. **Failure to participate in Mental Health Counseling in violation of the Special Condition:** On January 4, 2010, the defendant was unsuccessfully discharged from mental health counseling based upon unsatisfactory participation with individual counseling sessions.
5. **Failure to complete Community Service in violation of the Special Condition:** As of January 25, 2010, the defendant has failed to complete her required community service hours which were due at a rate of 10 hours per month beginning February 2009.

6. **Failure to submit to urinalysis in violation of the Special Condition:** On November 10, 2009, the defendant failed to submit a periodic urine specimen for drug testing as required by her drug aftercare treatment program.

7. **Failure to submit to urinalysis in violation of the Special Condition:** On November 24, 2009, the defendant failed to submit a periodic urine specimen for drug testing as required by her drug aftercare treatment program.

8. **Failure to submit to urinalysis in violation of the Special Condition:** On December 19, 2009, the defendant failed to submit a periodic urine specimen for drug testing as required by her drug aftercare treatment program.

9. **Failure to submit to urinalysis in violation of the Special Condition:** On December 22, 2009, the defendant failed to submit a periodic urine specimen for drug testing as required by her drug aftercare treatment program.

10. **Failure to submit to urinalysis in violation of the Special Condition:** On December 30, 2009, the defendant failed to submit a periodic urine specimen for drug testing as required by her drug aftercare treatment program.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of her probation and respectfully recommends that the Court enter an Order to Show Cause why her probation should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 10th day of March, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant