**FILED**

2010 APR -5 PM 4:00

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

TONYA LYNN GAY

Case Number: 6:08-Cr-110-Orl-31DAB

USM Number: 27056-018

James Smith
Federal Public Defender's Office
201 S. Orange Avenue, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit monthly written reports in violation of Condition 2 of the Standard Conditions of Supervision. | January 5, 2010 |
| 2 | Failure to follow the instructions of the Probation Officer in violation of Condition 3 of the Standard Conditions of Supervision | December 17, 2009 |
| 3 | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition of Probation | January 4, 2010 |
| 4 | Failure to participate in Mental Health Counseling in violation of the Special Condition of Probation | January 4, 2010 |
| 5 | Failure to complete Community Service in violation of the Special Condition of Probation | January 25, 2010 |
| 6 | Failure to submit to urinalysis in violation of the Special Condition of Probation | November 10, 2009 |
| 7 | Failure to submit to urinalysis in violation of the Special Condition of Probation | November 24, 2009 |
| 8 | Failure to submit to urinalysis in violation of the Special Condition of Probation | December 19, 2009 |
| 9 | Failure to submit to urinalysis in violation of the Special Condition of Probation | December 22, 2009 |
| 10 | Failure to submit to urinalysis in violation of the Special Condition of Probation | December 30, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/5/2010

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

April __5__, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 Months**.

It is FURTHER **ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal to await designation.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal